## Reese Motor Vehicle Operator License Case.

Argued November 13, 1970. *Jerome Hahn,* for appellant; *Anthony J. Maiorana,* Assistant Attorney General, with him *Elmer T.*

*Bolla,* Deputy Attorney General, and *Fred Speaker,* Attorney General, for appellee.

Order affirmed; reargument refused January 23, 1971.